■ CARLOS FIGUEROA, Appellant, v ALEXANDER SANCHEZ, Respondent. [888 NYS2d 746]

Due to his incarceration, plaintiff defaulted by failing to appear at a preliminary conference (22 NYCRR 202.27). The only remedy for plaintiff's default in these circumstances is not an appeal, but rather a motion in Supreme Court to vacate the default (*see Campos v New York City Health & Hosps. Corp.*, 307 AD2d 785, 786 [2003]). In the present posture of the case, there is no appealable order for this Court to review. Finally, we note that plaintiff claims that he made numerous attempts to communicate with the court about his appearances that were not addressed. Concur—Mazzarelli, J.P., Sweeny, Catterson, Freedman and Roman, JJ.